United States Courts
Southern District of Texas
FILED

SEP 1 2 2023

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | |
|---|---|
| MATHEW OTERO<br><br>**Plaintiff,**<br><br>v.<br><br>ROCKPORT P.D, NOAH LEUSCHNER<br><br>**Defendants.** | CIVIL ACTION NO. 223:cv-186<br><br>(Judge Nelva Gonzales Ramos) |

## MOTION FOR EXTENSION OF TIME

**COME NOW,** Mathew Otero, due to circumstances unforeseen, pursuant to Federal Rules of Civil Procedure 12, hereby request an extension to reply to Defendants' Motion to Dismiss. Defendants' motion was filed August 28th, 2023, and Plaintiff has since been engaged with work related matters, with heavy workload that converged with preparing a response.

Plaintiff requests an extension of **14 days**, this extension would allow Pro Se Plaintiff the time needed to research and prepare a response. Plaintiff understands the significance of the court's deadlines, however, this extension, if granted, will allow Plaintiff to fairly respond to Defendants' Motion to Dismiss.

Mathew Otero (Pro Se)

## CERTIFICATE OF SERVICE

I hereby certify that on this __/2—__ day of ~~July~~ SEPT 2023 a true and complete copy of the foregoing was served by United States mail, first class postage prepaid and /or via email/ to MCKibben, Martinez, Jarvis & Wood L.L.P. at pmartinez@mmjw-law.com; jmckibben@mcv-law.com.

**MCKIBBEN, MARTINEZ, JARVIS & WOOD, L.L.P.**

555 North Carancahua St, Suite 1100

Corpus Christi, Texas 78401

(Attorney for Defendants)

_____

Mathew Otero (Pro Se)