Case 2:23-cv-00186   Document 12   Filed on 09/28/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MATHEW OTERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00186 |
| | § | |
| ROCKPORT P. D., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order on Motion to Dismiss (D.E. 11), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on September 28, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1